**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
NORTHERN JERSEY PLASTIC SURGERY
CENTER, LLC,

                Plaintiffs,

    -against-                                   22 **CIVIL** 6087 (PKC)

                                                      **JUDGMENT**

1199SEUI NATIONAL BENEFIT FUND,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 13, 2023, 1199SEIU National Benefit Fund's motion to dismiss is GRANTED as to all claims and leave to amend is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      September 13, 2023

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                                   **BY:**

                                                                     **Deputy Clerk**